Opinion filed December 8, 2005 












 
 
  
 
 







 
 
  
 
 




Opinion filed December 8, 2005 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00334-CR 

                                                    __________

 

                                      DANIEL
LAGUNAS, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 106th District Court

 

                                                         Gaines
County, Texas

 

                                                  Trial
Court Cause No. 05-3553

 



 

                                                                   O
P I N I O N

 

The jury convicted Daniel Lagunas of possession of
marihuana and assessed his punishment at confinement for 2 years and a $5,000
fine.  The jury recommended that
appellant be placed on community supervision. 
The trial court suspended the imposition of the sentence and placed
appellant on community supervision for 10 years.  We dismiss the appeal.








The record reflects that the sentence was
suspended in open court on August 31, 2005, that a motion for new trial was not
filed, and that the notice of appeal was filed on October 3, 2005, 33 days
after the date the sentence was suspended in open court.  When the clerk=s
record was filed in this court, the clerk of this court wrote the parties on
November 23, 2005, advising them that it appeared the notice of appeal was out
of time.  Appellant was directed to
respond showing grounds for continuing the appeal.  On November 30, 2005, this court received a
letter from appellant=s
counsel stating that there was no reasonable explanation for the failure to
file a timely notice appeal and that he was not appointed to represent
appellant until October 27, 2005.

Pursuant to TEX.R.APP.P. 26.2(a)(1), appellant=s notice of appeal was due to be filed
on or before September 30, 2005, 30 days after the date sentence was suspended
in open court.  Absent a timely notice of
appeal or compliance with TEX.R.APP.P. 26.3, this court lacks jurisdiction to
entertain an appeal.  Slaton v. State,
981 S.W.2d 208 (Tex.Cr.App.1998); Olivo v. State, 918 S.W.2d 519
(Tex.Cr.App.1996); Rodarte v. State, 860 S.W.2d 108 (Tex.Cr.App.1993); Shute
v. State, 744 S.W.2d 96 (Tex.Cr.App.1988). 
Appellant may be able to secure an out-of-time appeal by filing a
postconviction writ pursuant to TEX. CODE CRIM. PRO. ANN. art. 11.07 (Vernon
2005).

The appeal is dismissed for want of jurisdiction.

 

PER CURIAM

 

December 8, 2005

Do not publish.  See
TEX.R.APP.P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.